FILED
NOV 10 2005
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re ) Case No. 05-28017-C-7
)
SIMON A. MANDELL and ) DC No. GW-1
LORNA J. MANDELL, )
)
      Debtors. )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW
ON MOTION TO AVOID LIEN**

    These findings of fact and conclusions of law are rendered in this contested matter pursuant to Federal Rule of Civil Procedure 52 as incorporated by Federal Rules of Bankruptcy Procedure 7052 and 9014.

<u>Jurisdiction</u>

    Jurisdiction is founded upon 28 U.S.C. § 1334. This is a core proceeding. 28 U.S.C. § 157(b)(2)(K).

<u>Findings of Fact</u>

    On October 10, 2005, the debtors filed a motion requesting that this court avoid a judgment lien in favor of the Law Offices of Jeffrey H. Ochrach because the lien impairs the debtors' homestead exemption. The lien attaches to the debtors' residence at 5308 Lequel Way, Carmichael, California ("the property"). The debtors properly served notice and the Law Offices of Jeffrey H. Ochrach did not file an opposition.

    A hearing was scheduled for November 8, 2005 to consider

the motion. Upon review of the record, the court decided to submit the matter on the record presented and removed the matter from calendar.

Debtors scheduled the property at a value of $465,000.00. A first deed of trust in the amount of $275,300.00 in favor of Chase is listed in debtors' Schedule D. Additionally, debtors' Schedule D lists a second deed of trust in the amount of $50,000.00 in favor of Wells Fargo Bank, an IRS tax lien in the amount of $200,836.36, an IRS tax lien in the amount of $1,394,229.69, and an IRS tax lien in the amount of $5,154.83.

The debtors' motion claims that the lien in favor of the Law Offices of Jeffrey H. Ochrach in the approximate amount of $14,336.67 impairs debtors' homestead exemption. Debtors claimed the property as exempt in the amount of $75,000.00 pursuant to California Code of Civil Procedure § 704.730(a)(2).

## Conclusions of Law

A debtor may avoid the fixing of a lien on an interest of the debtor in property to the extent that the lien impairs an exemption that is properly claimed and to which there is no objection. 11 U.S.C. § 522(f)(1). The record reflects that the lien in favor of the Law Offices of Jeffrey H. Ochrach impairs an exemption to which the debtor is entitled.

The motion will therefore be granted. An appropriate order will issue.

Dated: November 10, 2005

_____
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF SERVICE

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Simon and Lorna Mandell
5208 Lequel Way
Carmichael, CA 95608

Gerald L. White
111 Woodmere Rd., #240
Folsom, CA 95620

Law Office of Jeffrey Ochrach
1512 Eureka Road
Roseville, CA 95661

Vistana Developement, Inc.
Jonathon D. Simpson, Esq.
Lowndes, Drosdick, Doster,
Kantor & Reed
215 North Eola Drive
P.O. Box 2809
Orlando, FL 32802

Michael F. Burkart
5150 Fair Oaks Blvd., #101-185
Carmichael, CA 95608

Office of the United States Trustee
United States Courthouse
501 "I" Street, Suite 7-500
Sacramento, CA  95814

Dated: 11/15/05

Deputy Clerk